**LAURIE S. HERSHEY**
Attorney at law
222 PARK AVENUE
MANHASSET, NEW YORK 11030
lshesq @ aol.com

**FILED**

2005 AUG 24 P 3 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

(516) 424 - 9111
FAX
(516) 365 -2216

Honorable Stefan R. Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, Ct. 06606

August 19th, 2005
Re: USA v. HECTOR GONZALEZ, 3:00CR227

Dear Judge Underhill,

    I was assigned to represent Hector Gonzalez on appeal in the Second Circuit Court of Appeals. After I filed my brief, the government moved for a pre-appeal remand under Booker and Crosby. Enclosed please find the Court's decision remanding the case for purposes of the Booker issue and the "credit" issue raised in my appellate brief.

    I have enclosed a copy of the Booker point, and the "credit" point from my brief for Your Honor's convenience. Please assign new counsel to represent Mr. Gonzalez for purposes of the remand proceedings, as I live in Long Island, New York. Christopher McCarthy was Mr. Gonzalez's original attorney in this case.

    Thank you.

Very truly yours,

*Laurie Hershey*
Laurie S. Hershey

cc: A.U.S.A. Sandra Glover