# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | 3:00cr227 (SRU) |
| HECTOR GONZALEZ | |

## SCHEDULING ORDER

As a result of the remand from the Court of Appeals, I intend to consider whether I would have imposed a non-trivially different sentence in this case if the Sentencing Guidelines had been advisory, and specifically whether Gonzalez should have been granted a downward departure or adjustment, as opposed to "credit," for the discharged portion of his sentence in his related case. That consideration will include a review of the pre-sentence report and the transcript of the sentencing hearing conducted on December 3, 2003.

If counsel wish to file written submissions concerning whether I should have imposed a non-trivially different sentence, they should file simultaneous submissions on or before September 29, 2005. If the defendant wishes to avoid resentencing, he should promptly notify the court that resentencing will not be sought.

It is so ordered.

Dated at Bridgeport, Connecticut, this 26th day of August 2005.

/s/ Stefan R. Underhill  
Stefan R. Underhill  
United States District Judge