AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Bridgeport                                          DISTRICT OF Connecticut

**FILED**
2005 SEP 20  P 1: 28
U.S. DISTRICT COURT
BRIDGEPORT, CO

**APPEARANCE**

United States

v.                                                  Case Number: 3:00-CR227 (SRU)

Hector Gonzalez

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for
   Hector Gonzalez

   I certify that I am admitted to practice in this court.

| 9/19/2005 | *signature* |
|---|---|
| Date | Signature |

Donald D. Dakers                              ct13257
Print Name                                    Bar Number

18 Pepperidge Lane
Address

| Madison | CT | 06443 |
|---|---|---|
| City | State | Zip Code |

(203) 946-4811                                (203) 498-1238
Phone Number                                  Fax Number