UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 SEP 21  A 11: 42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v | : | 3:00 cr 227 (SRU) |
| HECTOR GONZALEZ | : | |

## MOTION FOR ORDER EXTENDING SCHEDULING ORDER

1. The undersigned attorney was recently appointed by this Court to represent the above defendant in a resentencing of the defendant as a result of the remand of this case by the United States Court of Appeals for the Second Circuit for reconsideration of the 396 month sentence to imprisonment imposed by this Court on December 3, 2003. That sentence was imposed concurrently with a sentence the defendant was then serving.

2. The undersigned attorney has contacted the defendant in this matter and he wishes to exercise his right to resentencing.

3. The present Scheduling Order requires simultaneous written submissions of briefs by the government and the defendant on the issue as to whether the Court should have imposed a non-trivially different sentence by September 29, 2005.

4. Although the undersigned attorney has obtained a transcript of the sentencing hearing, he has not as yet obtained a copy of the pre-sentence report prepared in this case. Further the defendant has informed the undersigned attorney that the "credit" this Court ordered for the period of incarceration served by the defendant in a related criminal case of approximately 68 months against the sentence it imposed, was never received by him. The undersigned attorney will be required to obtain the appropriate records to substantiate this claim prior to any resentencing hearing.

5. Finally, the remand of this case to the Court requires that further proceedings be conformity with Crosby, which expands the parameters of the proceedings beyond the issue of the "credit" the defendant should have received and will require a review of the prior proceedings against the strictures of that case.

For the foregoing reasons the undersigned moves that this Court extend the scheduling order in this case for written simultaneous briefs by the parties until on or before October 28, 2005.

                              Respectfully submitted,
                              HECTOR GONZALEZ

By    */s/ Donald D. Dakers*
        Donald D. Dakers
        Federal Bar Number : ct13257
        18 Pepperidge Lane
        Madison, CT 06443
        (Tel) (203)946-4811
        (Fax) (203)498-1258

### CERTIFICATION

This is to certify that a copy of the foregoing motion was mailed this 20th day of September, 2005, to Alex V. Hernandez, A.U.S.A., United States Attorney's Office, Federal Building and U.S. Courthouse, 915 Lafayette Blvd. Rm #309, Bridgeport, CT 06604, and TO Alina P. Marquez, A.U.S.A., United States Attorney's Office, Federal Building and U.S. Courthouse, 915 Lafayette Blvd. Rm #309, Bridgeport, CT 06604.

*/s/ Donald D. Dakers*
Donald D. Dakers