**MANDATE**

D. Conn. (NEW HAVEN)
00-cr-227
Underhill, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 16th day of August two thousand and five,

Present:
    Hon. Robert A. Katzmann,
    Hon. Richard C. Wesley,
    Hon. Peter W. Hall,
        *Circuit Judges.*

United States of America,
        Appellee,

v.

Frank Estrada, et al.,    03-1776-cr

        Defendants,

    - and -

Hector Gonzalez, a.k.a. "June Bug,"
        Defendant-Appellant.

    The Government moves to remand the case to the district court to determine whether to resentence Appellant Hector Gonzalez. In light of the Supreme Court's decision in *United States v Booker*, --- U.S.--- 125 S. Ct. 738 (2005), and this Court's decision in *United States v Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

    Although we do not pass on the merits of the claim, the district court is instructed to consider in the first instance Gonzalez's claim that he should have been granted a downward departure or adjustment, as opposed to "credit," for the discharged portion of his sentence in his related case.

    Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4 (b). A party will not waive or forfeit any appropriate

ISSUED AS MANDATE: 9-12-05

argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _____
Oliva M. George, Deputy Clerk