Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court
### District of Connecticut

U.S.A.

v.

Hector Gonzalez

Docket No.: 3:00CR227(SRU)

Stephan R. Underhill
(District Court Judge)

FILED
2006 MAR 15 A 10:02
U.S. DISTRICT COURT
NEW HAVEN, CT

Notice is hereby given that Hector Gonzalez appeals to the United States Court of Appeals for the Second Circuit from the judgment [____], other [____] Resentencing
(specify)

entered in this action on 3/13/06 (date)

Offense occurred after November 1, 1987    Yes [X]    No [____]

This appeal concerns: Conviction only [____]    Sentence only [X]    No [____]

Date 3/15/06

TO

Donald D. Dakers
(Counsel for Appellant)

Address 18 Pepperidge Lane
Madison, CT 06443

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: (203) 245-4436

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [____] I am ordering a transcript<br>[____] I am not ordering a transcript<br>Reason<br>[____] Daily copy is available<br>[____] U.S. Attorney has placed order<br>[____] Other. Attach explanation | Prepare transcript of<br>[____] Prepare proceedings<br>[____] Trial<br>[X] Sentencing 3/13/06<br>[✓] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [____] Funds [____]    CJA Form 24 [X]

ATTORNEY'S SIGNATURE  Donald D. Dakers    DATE 3/15/06

---

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02

ATTACHMENT TO NOTICE OF APPEAL

Attention Roseann B. Mackechnie:
Clerk of the Court of Appeals for the Second Circuit

Pursuant to the order of remand by the United States Court of Appeals for the Second Circuit, the appeal of Hecotor Gonzalez, a.k. "June Bug" 03-1776-cr, the defendant was resentenced before District Court Underhill on March 13, 2006.

The attorney who prosecuted the appeal which resulted in this remand was Laurie S. Hersey, 222 Park Avenue, Manhasset, New York 111030, Tel. (516) 424-9111.

The defendant-appellant requests that Attorney Hersey be reappointed to him in the appeal from the resentencing.

                                        Respectfully submitted,

                                        _____
                                        Hector Gonzalez
                                        Defendant-Appellant