```
                          MEMORANDUM

TO:     U.S. Probation Office

FROM:   Alice Montz

DATE:   March 23, 2006

RE:     3:00cr227 (SRU)

        Presentence Report returned to U.S. Probation Office as
        to Hector Gonzalez
```

****************************************************************

Ten days have passed since the defendant was sentenced.  An appeal has been filed.  We are returning the original Presentence Report to you.

Please acknowledge receipt on the attached copy of this memorandum and return it to the Clerk's Office.

```
Enclosure:       ORIGINAL PRESENTENCE REPORT

Received by:     _____

Date:            _____
```