<u>**UNITED STATES DISTRICT COURT**</u>

<u>**DISTRICT OF CONNECTICUT**</u>

FILED

2006 MAY 22 P 12: 02

U.S. DISTRICT COURT

----------------------------------------- X
UNITED STATES OF AMERICA,

-v

ESTRADA, et,al
(**HECTOR GONZALEZ**),

Dis. Ct. Docket Number
3:00-cr- 00227-SRU-25

Court of Appeals Dock. No.
06-1330-cr

Defendant-Appellant
----------------------------------------- X

<u>**INDEX TO RECORD ON APPEAL**</u>

| Date Filed | Court Document No. | Document Name | Document No. |
| --- | --- | --- | --- |
| 6/20/01 | 473 | Third Superseding Ind. | 1 |
| 6/18/03 | 1225 | Plea Agreement Letter | 2 |
| 6/18/03 | 1224 | Plea of Guilty | 3 |
| 12/03/03 | 1275 | Sentencing | 4 |
| 12/04/03 | 1276 | Judgment | 5 |
| 01/06/04 | 1289 | Transcript of Sentencing | 6 |
| 07/14/04 | 1346 | Transcript of Change of Plea | 7 |
| 09/21/05 | 1412 | Second Circuit Mandate Remanding Case | 8 |
| 10/26/05 | 1418 | Sentencing Memorandum On remand | 9 |
| 11/02/05 | 1423 | Supplemental Sentencing Memorandum | 10 |

| Date | Doc # | Description | Page |
|---|---|---|---|
| 12/15/05 | 1436 | Post-Booker Memorandum By USA | 11 |
| 3/13/06 | 1463 | Resentencing To 309 months | 12 |
| 3/15/06 | 1464 | Judgment | 13 |
| 3/15/06 | 1470 | Notice of Appeal | 14 |
| 3/23/06 | 1472 | Pre-Sentence Investigative Report | 15 |
| 4/26/06 | 1481 | Transcript of Resentencing | 16 |